## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ 19 mj 03181 - Louis

**UNITED STATES OF AMERICA**

**v.**

**CHRISTOFER ROMAN,**

Defendant.
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes ___X___ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes ___X___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____ 07/25/2019
Vanessa Singh Johannes
Assistant United States Attorney
Court ID No. A5501644
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9023
Fax: (305) 536-4699
Vanessa.S.Johannes@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19 MJ 0 3181 - Louis |
| CHRISTOFER ROMAN | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ JUNE 28, 2019 _____ in the county of _____ MIAMI-DADE _____ in the

_SOUTHERN_  District of _____ FLORIDA _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, UNITED STATES CODE, SECTION 2252(a)(3)(B). | Defendant did knowingly sell, or possess with the intent to sell, any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of federal law. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI TASK FORCE OFFICER ADAM GRANIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

ADAM GRANIT, FBI TASK FORCE OFFICER
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  July 25 2019

_____
_Judge's signature_

City and state:  _____ MIAMI, FLORIDA _____

HONORABLE LAUREN F. LOUIS
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Adam Granit, having first been duly sworn, hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, *et seq.* I am a Detective with the Davie Police Department and have been so employed since June 2000. I am currently assigned to the Internet Crimes Against Children Task Force ("ICAC") and have been so assigned since 2012. I have conducted investigations involving both child pornography and child exploitation. I also have assisted in several child pornography and child exploitation investigations. Since 2014, I have been deputized as a federal task force officer with the Federal Bureau of Investigation ("FBI").

2.      My investigations primarily relate to allegations of violent crimes, including offenses involving sexual exploitation of children, to include possession, receipt, transportation, and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, as well as the planning and execution of arrest, search, and seizure warrants. I have also testified multiple times in front of federal grand juries as well as court proceedings and criminal trials. In the course of child exploitation investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on multiple forms of electronic media. I have also discussed and reviewed these materials with other law enforcement officers

who also investigate the sexual exploitation of children. I have also attended conferences related to the investigation and enforcement of federal child pornography laws specifically as to the use of computers for receiving, transmitting, and storing child pornography.

3.     I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation, and the reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation.

## PURPOSE OF THE AFFIDAVIT

4.     This affidavit is submitted in support of a criminal complaint charging that **CHRISTOFER ROMAN ("ROMAN")**, on or about June 28, 2019, in Miami-Dade County and elsewhere, did knowingly sell, or possess with the intent to sell, any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(3)(B).

5.     The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

6.      In April 2019, the National Center for Missing and Exploited Children ("NCMEC") received eight (8) CyberTips from Twitter and two (2) CyberTips from Snapchat related to a user possessing suspected child pornography files, and distributing those suspected child pornography files to others for a profit. "Snapchat" is a multimedia messaging application that allows users to upload pictures, videos, and messages, which are available for viewing for a short time period before they become inaccessible to their recipients. "Twitter" is an online social media application that functions as a miniature blog (or microblog). Users can quickly update their "status" or make a statement by typing short, limited character entries. These entries are known as "tweets" and can be shared by other users on the application. Hashtags can also be added to a tweet, and users can follow different hashtags to learn about or keep abreast of a topic. When a hashtag or tweet is popular, it is said that the hashtag or tweet is "trending." As explained further below, the user for both applications reported appeared to be the same person, based on commonalities found.

7.      Particularly, Twitter reported, in part, the following violations. On 4/4/2019, a user posted the following on a public forum: "anyone with $ that likes yng girls message me on snap its snapme.bossman." The following account information was associated with the Twitter user:

> Reported User Screen Name: MollyDolly2009
> Associated Screen Name: Molly2009Doll
> ESP User ID: 1dvEOVrqPOpjX
> Full Name: Molly Doll

8.      On 4/12/2019, Twitter reported that, on 4/11/2019, a user posted the following on a public forum: "$ 50 anyone with $ that likes yng girls message me on snapchat its bossman.snap cash app $95bossman." There was also a video file attached to the tweet, depicting a person

3

recording files of suspected child pornography that was stored on a cellular device.  The following

account information was associated with the Twitter user:

> Reported User Screen Name: Nina_Doll2010
> ESP User ID: 1WgKgBqmpPmQv
> Full Name: Nina Doll

9.      On 4/24/2019, Twitter reported that the below account was suspected of possessing

child pornography.  Twitter also noted that the account was associated with an individual named

"Christofer Roman" or "Bossman."

> Reported User Phone Number: Ending in 6685
> Email: chri5_1s@yahoo.com
> Screen Name: Chri5wit
> ESP User ID: 48165866

Note, the full telephone number was identified by Twitter, but has been redacted here for

privacy.

10.      On 4/9/2019, Snapchat reported that the below account had uploaded thirty-one

(31) files of suspected child pornography.  Snapchat had suspended the account due to this.

> Reported User Phone: Ending in 6685 (note: same number as above)
> DOB: 04/19/1995
> Email: christofer.e.roman@gmail.com
> Screen Name: snapme.bossman
> IP Address 2607:fb90:bc3d:1ac4:58e:85b2:943d:ecca 01/08/2019
> 21:56:43 UTC (IP assigned to T-Mobile)
> Reported Display Name: Bossman
> Account Status: Suspended

11.      Law enforcement reviewed some of the thirty-one (31) suspected child

pornography files.  Below is a description of a subset that was reviewed.  The files reviewed were

confirmed to be known child pornography.

> a.   File Name:
>     chat~batched_media~1530907011846~snapme.bossman~melmckxx~saved~6EA
>     A5037-F641-43AD-8D72-1B00AD8825C0~V4.mp4

4

This is a video file depicting a pubescent female engaging in vaginal intercourse with an unknown male.

b.  File Name:
chat~batched_media~1554182370973~snapme.bossman~cesarooops~saved~DD7411F1-2374-4431-845D-089ECF6A69CB~V4.jpg
This is an image file of a screen shot from a T-Mobile cellular device which depicts nude and clothed prepubescent images. These images are in a folder titled "girlis3". The images are thumbnails of a variety of video and image files of prepubescent females.

c.  File Name:
chat~batched_media~1554258338931~snapme.bossman~jranger447~saved~42411AF4-2A1D-4D13-B217-EF6CB82979A8~V4.jpg
This is an image file of a screen shot from a T-Mobile cellular device which depicts a variety of different prepubescent females engaging in sexual acts. These thumbnail images are in a folder titled "cp lolis".

d.  File Name:
chat~batched_media~1554258338931~snapme.bossman~jranger447~saved~CC879BA5-B17A-424F-AD88-F51D57129B8F~V4.jpg
This is an image file of a screen shot from a T-Mobile cellular device which depicts a variety of different infant/toddler females engaging in sexual acts. These thumbnail images are in a folder titled "big 2".

e.  File Name:
chat~batched_media~1554258338931~snapme.bossman~jranger447~saved~CC879BA5-B17A-424F-AD88-F51D57129B8F~V4.jpg
This is a screen shot of a video file wherein a 3-4 year old toddler female is performing fellatio on an adult male's penis.

f.  File Name:
chat~batched_media~1554359111783~snapme.bossman~chefyosh~saved~51949B38-1EB0-4144-85DD-E9EC2CF22D14~V4.jpg
This is a screen shot of a Dropbox account wherein there are thumbnail files depicting nude prepubescent females engaging in sexual acts. The Dropbox file name is "Videos CPP".

g.  File Name:
chat~batched_media~1554359111783~snapme.bossman~chefyosh~saved~C6FE55E9-7231-4E20-BD01-F4A331E6FFD8~V4.jpg
This is an image file of a screen shot from a T-Mobile cellular device which depicts a variety of different prepubescent females engaging in sexual acts. These thumbnail images are in a folder titled "yng girls".

12.     On 4/14/2019, Snapchat reported that, on 4/14/2019, the below account had uploaded an image file depicting child pornography. That image file was a screen shot from a cellular device, and appeared to show a compilation of child pornography video files. The screen shot showed that the compilation file was titled "yng girls," and allegedly contained 124 files.

> Reported User Phone: Ending in 2346
> DOB: 04/19/1995
> Screen Name: Bossman.snap
> Reported Display Name: buyers only
> IP Address: 2607:fb90:42ab:d814:c45d:e64d:b478:1249 04/14/2019
> 00:50:59 UTC

13.     Of note, the Snapchat account identified was the same one mentioned above, in the report flagged by Twitter, wherein the Twitter user purportedly was seeking to sell child pornography files.

14.     Law enforcement sought to obtain further information on "Christofer Roman." Law enforcement learned that **ROMAN**, twenty-four (24) years old, is on felony probation for grand theft auto. On 6/17/2019, law enforcement learned that **ROMAN** updated his residential information with his probation officer, to 1351 NE Miami Gardens Drive, Apt. 1503, Miami, Florida 33179 (hereinafter, "Roman's Residence"). The probation officer verified that **ROMAN** is in fact residing at that residence. He also verified that **ROMAN**'s phone number, that he uses to contact him, ends in 6617 and his email address is christofer.e.roman@gmail.com.

15.     In addition, law enforcement identified an Instagram account "bossman1017ways". The profile picture and other pictures depicted in the account were identical to the driver license photo of **ROMAN**. Furthermore, the Instagram user "bossman1017ways" posted a link to his new Snapchat account, identified as "bossman.snapme."

6

16.     On 6/25/2019, law enforcement reached out to the Snapchat user "bossman.snapme" via Snapchat in an undercover capacity. The undercover officer ("UC") asked the suspect if his previous Snapchat account was "snapme.bossman." The suspect confirmed that it was. The UC asked the suspect if they were still selling what was advertised through Twitter. The suspect requested that the UC send him $50.00 to his Cash app account (identified as "$bossman1017ways"). "Cash" app is a mobile payment service that allows users to transfer money to one another using a mobile phone app. In exchange, the suspect stated he would provide the UC with 1,000 files of "hot girls." At this point, the suspect would not communicate in detail about the content of the files, and remained extremely vague and cautious in his communications with the UC.

17.     On 6/28/2019, the UC attempted to contact "bossman.snapme" via his undercover Snapchat account. However, "bossman.snapme" appeared to have blocked the UC since no payment was sent, as previously requested. The UC then created a secondary undercover Snapchat account and transmitted a message to "bossman.snapme" inquiring if he was still selling the files. The suspect responded back and asked the UC what he was interested in. The UC responded with "young girls." The suspect then supplied the UC with his Cash app screen name (that is, "$bossman1017ways") and requested a payment of $100.00 for 1,000 files of child pornography. In response, the UC offered to pay $50.00 initially for a portion of the files, in order to verify the authenticity of what was being sold.

18.     On 6/28/2019, the UC sent $50.00 to the user "bossman.snapme," via the Cash app, from an undercover account. "Bossman.snapme" confirmed that he received the money. The suspect then told the UC that they could continue their conversations via Kik messenger. "Kik"

or "Kik Messenger" is an instant messaging mobile application, that is available free of charge and available for use on iOS and Android devices.  The application allows users to communicate and message one another, or to join group chats.  The suspect traded his Kik messenger name, "Mr.Bill_Collector," with the UC (who has an undercover Kik account).  The UC began communicating with the suspect via Kik.  At some point, the suspect asked for a live photograph, to confirm that the UC was not a law enforcement officer.  In order to maintain his undercover persona, the UC complied by transmitting a real-time image of himself to the suspect.  Upon receipt of that image, the suspect supplied the UC with two Mega URL links, which contained over 1,000 files of child pornography.

19.     Law enforcement reviewed the files of child pornography.  The videos and images do appear to be known child pornography files.  The files were viewed and contain child pornography involving children between the age of two (2) years and sixteen (16) years.

20.     The first URL link opened up a folder titled, "Girls".  That folder contained subfolders titled the following: "cp2" (14 files); "CP FULL" (402 files); "Daughter dads" (111 files); "I dunno" (198 files); "Lesbians (11 files); "vids" (265 files); and 24 files depicting uncategorized videos of child pornography.  Contained in the above listed folders were additional subfolders containing hundreds of suspected child pornography files.

21.     The second URL link opened up a folder titled, "random".  That folder contained subfolders as well, titled the following: "7" (82 files); "bro makes sis do stuff" (11 files); "Girls" (175 files); "oof" (multiple subfolders containing CP); "Pics" (46 files); "Summer Mother" (152 files and 27 subfolders).  Again, contained in the above listed folders were additional subfolders that contained hundreds of suspected child pornography files.

22.     On 6/28/2019, a subpoena was sent to Kik Messenger for records related to the account "Mr.Bill_Collector."  In response, Kik provided the following subscriber information:

> Name: Chris Roman
> Email: chri5_1s@yahoo.com (unconfirmed)
> Username: Mr.Bill_Collector

23.     When reviewing the IP connection logs from Kik, there were multiple T-Mobile IP addresses and one Comcast IP address (73.179.85.13) that were utilized during the timeframe when the UC communicated with the suspect in an undercover capacity.

24.     On 7/1/2019, the suspect inquired, via Kik, if the UC wanted to purchase 1,000 additional files of child pornography.  On 7/2/2019, the suspect agreed to conduct another deal whereby the UC would pay him $50 via the Cash app, in exchange for another set of 1,000 child pornography files.  Later that day, the UC transmitted $50 to the suspect.  Immediately thereafter, the suspect sent the UC a Dropbox link, via Kik, which contained numerous folders and subfolders, all filed with hundreds of suspected child pornography files.

25.     On 7/2/2019, a subpoena was sent to Comcast for records related to the above-identified IP address, that is, 73.179.85.13.  Comcast responded and stated that Roman's Residence is the physical address linking back to the identified IP address.

26.     On 7/18/2019, the Honorable U.S. Magistrate Judge Edwin G. Torres issued a federal search warrant for Roman's Residence, to search and seize electronic items contained therein. On 7/25/2019, law enforcement, including your Affiant, executed said warrant. **ROMAN** was located in the residence, in a back room.  He was in possession of three cellular devices and a laptop computer.  **ROMAN** was _Mirandized_, which was audio recorded, and agreed to speak to

law enforcement.  The voluntary interview was audio recorded.  **ROMAN** stated, in part, the following:

27.     **ROMAN**'s Snapchat account is "bossman.snapme" and his Kik account is "Mr.Bill_Collector."  He admitted that he had a conversation with someone online about the sale of child pornography files.  He identified this person by an account name – which was in fact the undercover agent's online account.  **ROMAN** admitted he received money, via Cash app, to transfer and sell child pornography files.  He admitted that he would sell these files to make money.  He admitted to viewing child pornography files in the links before sending them, but stated that he was not turned on by these depictions.  **ROMAN** stated that his primary occupation is working online for Chaturbate.  He is a model that performs sexual acts online, via webcams, through Chaturbate, and receives money (tokens) from his customers for doing various pornographic acts.

28.     An on-scene forensic preview was done of one of **ROMAN**'s phones.  On that device, a gold Apple iPhone, in the DCIM folder, were up to one (100) hundred videos of child pornography.  Law enforcement officers who viewed the files on-scene were able to confirm that known child pornography series were amongst those previewed.  On that phone, Dropbox and Mega applications were seen as well.

*[This portion was intentionally left blank.]*

## CONCLUSION

29.     Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that **CHRISTOFER ROMAN**, on or about June 28, 2019, did knowingly sell, or possess with the intent to sell, any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(3)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Adam Granit, FBI Task Force Officer

Subscribed and sworn to before me on this
_____ day of July 25, 2019, in Miami, Florida:

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

11